■ ASSOCIATED BUSINESS CONSULTANTS et al., Appellants, v CREDIT SUISSE FIRST BOSTON, as Successor in Interest to CREDIT SUISSE, et al., Respondents. [696 NYS2d 674] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered on or about April 8, 1998, affirmed for the reasons stated by Gans, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Tom, Mazzarelli, Lerner and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANZ CONSEILLANT, Also Known as HAKIEM CONSEILLANT, Appellant. [696 NYS2d 412] —Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered April 4, 1998, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

Defendant's waiver of the right to counsel was knowingly and voluntarily made. The court sufficiently warned him of the dangers and disadvantages of self-representation, and his lack of skill and ability did not provide a basis on which to deny his request to proceed *pro se* (*People v Vivenzio*, 62 NY2d 775). Concur—Rosenberger, J. P., Tom, Mazzarelli, Lerner and Friedman, JJ.